UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In Re:

    JAMES WILLIAM PAYZANT

                               Debtor
-----------------------------------------------------------

CHAPTER 7 PROCEEDING
-AMENDED-
NOTICE OF HEARING

Case No. 13-60864-6

PLEASE TAKE NOTICE that the debtor hereby moves this Court before the Honorable Diane Davis, for a motion to re-open the case above for the purpose to file post-court financial management certification and obtain a discharge to be heard as follows:

Dated:        November 7, 2013

Time:        09:30 a.m.

Place:        U.S. Courthouse & Federal Building
                  15 Henry Street, 1st Floor, Binghamton, New York 13901

PLEASE TAKE NOTICE, PURSUANT TO RULE 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COUNSEL, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED. NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.

Dated:  October 11, 2013                                            /s/ Thomas L. Knaphle
                                                                           THOMAS L. KNAPHLE, ESQ.
                                                                           Attorney for Debtors
                                                                           160 Court Street
                                                                           Binghamton, New York 13901
                                                                           Phone: 607-722-6427